IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KNIGHTBROOK INSURANCE CO.** *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 13-2825** |
| | : | |
| **DEL VAL STAFFING, LLC,** *et al.* *Defendants* | : | |

# O R D E R

**AND NOW,** this 30th day of August, 2013, upon consideration of the Motion to Intervene [ECF No. 3] filed by Petitioners,[1] Plaintiff's opposition to the motion, and the allegations in the complaint, it is hereby **ORDERED** that the motion to intervene is **DENIED** for the reasons set forth in the accompanying memorandum of this date.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.

---

[1] Petitioners are Norman Williams, Rosalie Baldwin, Juan E. Tirado, Gilbert Pagan, Karima Tomlin, Milton A. Lewis, Russell Voulasitis, Christopher Cooper, Tammy Lott, Stanley Peacock, Marisol Colon-Torres, Malika Haggins, and Charles L. Hill, an incapacitated person, by and through his guardian Lori Wright.